IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01946-LTB-BNB

EDWARD HUDSON,

Plaintiff,

v.

DEPUTY SHERIFF KLINE,
DEPUTY SHERIFF JOHN DOE, and
THE CITY AND COUNTY OF DENVER,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2007

GREGORY C. LANGHAM
CLERK

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

This matter is before me on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. §1915. The Court has granted plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated February 15, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01946-LTB-BNB

Edward Hudson
Prisoner No. 125068
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

US Marshal Service
Service Clerk
Service forms for: Deputy Sheriff Kline,
and The City and County of Denver

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Deputy Sheriff Kline, and The City and County of Denver: AMENDED COMPLAINT FILED 1/16/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/16/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk