IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01946-LTB-BNB | Date: February 20, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

EDWARD E. HUDSON,            PRO SE by telephone

    Plaintiff,

v.

KLINE,            Christian Lind
Deputy Sheriff, Deputy Sheriff John Doe            Sarah McCutcheon
and CITY AND COUNTY OF DENVER,
(actually named as: The City & County of Denver)

    Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     8:38 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Defendants' motion to dismiss or in the alternative for summary judgment filed April 6, 2007; Doc 28 is withdrawn.

**ORDERED:** Defendants' motion to dismiss filed April 9, 2007; Doc 30 is withdrawn.

**ORDERED:** Defendants shall file a motion to dismiss on or before April 6, 2008 and plaintiff shall respond to the motion to dismiss within 45 days.

Court in Recess     8:59 a.m.     Hearing concluded.

Total time in court:     00:21

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.