**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.    06-cv-01946-LTB-BNB

EDWARD HUDSON,

      Plaintiff,

v.

DEPUTY SHERIFF KLINE,
DEPUTY SHERIFF JOHN DOE, and
THE CITY AND COUNTY OF DENVER,

      Defendants.
_____

**ORDER**
_____

      This case is before me upon the Recommendation of the Magistrate Judge that the case should be dismissed without prejudice for repeated failure to comply with orders of this Court.  The recommendation was issued and served on March 28, 2008 (Doc 65). Plaintiff has now filed timely written objections to the Magistrate Judge's recommendation (Doc 72).  I have considered the Plaintiff's objections in light of the Magistrate Judge's recommendation, the record, and file in this action.  Upon such *de novo* review, I conclude that the recommendation is correct.  Accordingly

      IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE for repeated failure to comply with orders of this Court.

      BY THE COURT:


        s/Lewis T. Babcock_____
      Lewis T. Babcock, Judge

DATED:  April 11, 2008